HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
Telephone: (212) 513-3200
Facsimile: (212) 385-9010
John M. Toriello, Esq.
Arthur E. Rosenberg, Esq.
Marc L. Antonecchia, Esq.
Attorneys for Wells Fargo Bank Northwest, N.A.
not in its individual capacity but solely as owner trustee,
Marco Aircraft Leasing Limited, and AeroTurbine, Inc.

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 15 |
| COMPANIA MEXICANA DE AVIACION, S.A. de C.V., | Case No. 10-14182 (MG) |
| | Notice of Appearance and Request for Service of Documents |
| Debtor in a Foreign Proceeding. | |

------------------------------------------------------------x

PLEASE TAKE NOTICE that the law firm of Holland & Knight LLP, hereby appears as counsel for Wells Fargo Bank Northwest, N.A. not in its individual capacity but solely as owner trustee, Marco Aircraft Leasing Limited, and AeroTurbine, Inc. in the above-captioned matter, and requests that notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon:

> John M. Toriello, Esq.
> Holland & Knight LLP
> 31 W. 52nd Street
> New York, NY 10019
> Tel: (212) 513-3366
> Fax: 212-385-9010
> john.toriello@hklaw.com

Dated: August 6, 2010

                                                s/John M. Toriello
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
Telephone: (212) 513-3200
Facsimile: (212) 385-9010
John M. Toriello, Esq.
Arthur E. Rosenberg, Esq.
Marc L. Antonecchia, Esq.