**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 15 |
| COMPANIA MEXICANA DE AVIACION, S.A. de C.V., | ) Case No. 10-14182 (MG) |
| Debtor in a Foreign Proceeding. | ) |

**ORDER GRANTING EMERGENCY MOTION OF INTERNATIONAL LEASE FINANCE CORPORATION, WHITNEY IRELAND LEASING LIMITED AND CALLIOPE LIMITED FOR ORDER AUTHORIZING FILING UNDER SEAL**

THIS MATTER having come before the Court upon the Emergency Motion (the "Motion") of International Lease Finance Corporation, Whitney Ireland Leasing Limited and Calliope Limited (collectively, the "ILFC Group"), for entry of an order authorizing the ILFC Group to file under seal the (a) Emergency Motion of International Lease Finance Corporation, Whitney Ireland Leasing Limited and Calliope Limited For Relief From Temporary Restraining Order, For a Determination That Certain Lease Agreements are Terminated, For a Determination That the Automatic Stay is Not Applicable if an Order is Entered Recognizing the Concurso Proceeding as a Foreign Main Proceeding and Objection to the Imposition of a Preliminary Injunction (the "Emergency Motion"), (b) the Affidavit of Joseph H. Hermosillo, (c) the Affidavit of Chris Wallraff and (d) the Affidavit of Elizabeth Critch, along with the exhibits attached thereto (collectively, the "Documents"), and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of this chapter 11 case and the Motion in this district is proper pursuant to 28 U.S.C. § 1410; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(P); and this Court having determined that the relief requested in the Motion is in the best interests of the ILFC Group; and it appearing that proper and adequate notice of the Motion has been given and

that no other or further notice is necessary; and upon the record at the hearing on the Motion; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is GRANTED **to the extent authorized by the Court on the record during the telephone hearing held on Monday, August 9, 2010;** and it is further

ORDERED that the **unredacted** Documents shall be filed and kept by the Clerk of Court under seal and shall not be made publicly available pursuant to sections 105(a) and 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018; and it is further

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: New York, New York
      **August 10, 2010**

                                                  /s/Martin Glenn
                                       UNITED STATES BANKRUPTCY JUDGE