**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X

In re:
                                           In Proceedings For A
                                           Reorganization Under

COMPANIA MEXICANA DE AVIACION, S.A.
de C.V.,
                                           Chapter 15

    Debtor in a Foreign Proceeding
------------------------------------X  Case No: 10-14182(MG)


### CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER


THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED AUGUST 10, 2010 DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.