UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                            ) Chapter 15
                                                  )
COMPANIA MEXICANA DE AVIACION,                    ) Case No. 10-14182 (MG)
S.A. DE C.V.,                                     )
                                                  )
    Debtor in a Foreign Proceeding.               )
                                                  )

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

I, Robert Rotman declare:

1. I am over the age of 18 years and not a party to the within action.

2. I am employed by Donlin, Recano & Company, Inc, 419 Park Avenue South, Suite 1206, New York, NY 10016.

3. On the 10th day of August, 2010, I caused a true and accurate copy of the "Supplemental Disclosure by Maru E. Johansen Pursuant to 11 U.S.C. § 1518", along with the relevant attachments (*Docket No. 56*), to be served via First Class U.S. Mail upon the parties as set forth in Exhibit 1, attached hereto.

4. Said document was securely enclosed in postage prepaid envelopes and delivered to an office of the United States Postal Service for delivery by First Class Mail.

5. I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 10th day of August, 2010 at New York, New York.

                                        By _____
                                              Robert Rotman

Sworn before me this
10th day of August, 2010

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
COMM. EXP. September 14, 2013

**EXHIBIT 1**

| | | | |
|---|---|---|---|
| 000027P001-1278S-005<br>ACCERTIFY, INC.<br>ATTN: PAMELA R. SCHNEIDER<br>1075 HAWTHORN DRIVE<br>ITASCA IL 60143 | 000004P001-1278S-005<br>AV-EX AVIATION EXCELLENCE, INC.<br>TOM GUNN<br>8700 KING GEORGE DRIVE<br>SUITE 100<br>DALLAS TX 75235-2213 | 000009P001-1278S-005<br>DYKEMA GOSSETT, PLLC<br>ATTN: STEPHEN C. STAPLETON<br>1717 MAIN ST., SUITE 4000<br>DALLAS TX 75201 | 000010P001-1278S-005<br>EDWARDS ANGELL PALMER & DODGE LLP<br>SELINDA A. MELNIK, ESQ.<br>919 NORTH MARKET STREET<br>15TH FLOOR<br>WILMINGTON DE 19801 |
| 000002P001-1278S-005<br>GERSTEN SAVAGE, LLP<br>PAUL RACHMUTH, ESQ.<br>600 LEXINGTON AVENUE<br>NEW YORK NY 10022 | 000005P001-1278S-005<br>HAYNES AND BOONE, LLP<br>ATTN: JUDITH ELKIN, ESQ.<br>1221 AVENUE OF THE AMERICAS<br>26TH FLOOR<br>NEW YORK NY 10020-1007 | 000006P001-1278S-005<br>HAYNES AND BOONE, LLP<br>ATTN: TREVOR R. HOFFMANN, ESQ.<br>1221 AVENUE OF THE AMERICAS<br>26TH FLOOR<br>NEW YORK NY 10020-1007 | 000007P001-1278S-005<br>HAYNES AND BOONE, LLP<br>ATTN: ROBERT D. ALBERGOTTI, ESQ.<br>2323 VICTORY AVENUE<br>SUITE 700<br>DALLAS TX 75219 |
| 000008P001-1278S-005<br>HAYNES AND BOONE, LLP<br>ATTN: AUTUMN D. HIGHSMITH, ESQ.<br>2323 VICTORY AVENUE<br>SUITE 700<br>DALLAS TX 75219 | 000012P001-1278S-005<br>HOLLAND & KNIGHT LLP<br>JOHN M. TORIELLO<br>31 WEST 52ND STREET<br>NEW YORK NY 10019 | 000013P001-1278S-005<br>HOLLAND & KNIGHT LLP<br>ARTHUR E. ROSENBERG<br>31 WEST 52ND STREET<br>NEW YORK NY 10019 | 000014P001-1278S-005<br>HOLLAND & KNIGHT LLP<br>MARC L. ANTONECCHIA<br>31 WEST 52ND STREET<br>NEW YORK NY 10019 |
| 000022P002-1278S-005<br>KILPATRICK STOCKTON LLP<br>PAUL M. ROSENBLATT, ESQ.<br>1100 PEACHTREE STREET, NE<br>SUITE 2800<br>ATLANTA GA 30309-4530 | 000023P001-1278S-005<br>KILPATRICK STOCKTON LLP<br>MATTHEW R. HINDMAN, ESQ.<br>1100 PEACHTREE STREET, NE<br>SUITE 2800<br>ATLANTA GA 30309-4530 | 000001P001-1278S-005<br>LECLAIRRYAN, A PROFESSIONAL CORPORATION<br>MICHAEL T. CONWAY, ESQ.<br>830 THIRD AVENUE<br>FIFTH FLOOR<br>NEW YORK NY 10022 | 000015P001-1278S-005<br>MEYER, SUOZZI, ENGLISH & KLEIN, P.C.<br>EDWARD J. LOBELLO, ESQ.<br>1350 BROADWAY, SUITE 501<br>P.O. BOX 822<br>NEW YORK NY 10018-0026 |
| 000016P001-1278S-005<br>MEYER, SUOZZI, ENGLISH & KLEIN, P.C.<br>ALAN E. MARDER, ESQ.<br>990 STEWART AVENUE, SUITE 300<br>P.O. BOX 9194<br>GARDEN CITY NY 11530-9194 | 000017P001-1278S-005<br>MEYER, SUOZZI, ENGLISH & KLEIN, P.C.<br>JIL MAZER-MARINO, ESQ.<br>990 STEWART AVENUE, SUITE 300<br>P.O. BOX 9194<br>GARDEN CITY NY 11530-9194 | 000018P001-1278S-005<br>MEYER, SUOZZI, ENGLISH & KLEIN, P.C.<br>JESSICA G. BERMAN, ESQ.<br>990 STEWART AVENUE, SUITE 300<br>P.O. BOX 9194<br>GARDEN CITY NY 11530-9194 | 000011P001-1278S-005<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: SUSAN GOLDEN<br>33 WHITEHALL STREET<br>SUITE 2100<br>NEW YORK NY 10004 |
| 000028P001-1278S-005<br>RHONDA S. POLK<br>ATTORNEY AT LAW<br>996 SAVANNAH FALLS DR.<br>WESTON FL 33327 | 000029P001-1278S-005<br>SUTHERLAND ASBILL & BRENNAN LLP<br>ATTN: MARK D. SHERRILL<br>1275 PENNSYLVANIA AVENUE, NW<br>WASHINGTON DC 20004 | 000030P001-1278S-005<br>SUTHERLAND ASBILL & BRENNAN LLP<br>ATTN: PAUL B. TURNER<br>1001 FANNIN STREET, SUITE 3700<br>HOUSTON TX 77002 | 000003P001-1278S-005<br>UNITED AEROSPACE CORPORATION<br>JOHN P. YURGEALITIS<br>9800 PREMIER PARKWAY<br>MIRAMAR FL 33025 |
| 000024P001-1278S-005<br>WEIL, GOTSHAL & MANGES LLP<br>ATTN: STEPHEN A. YOUNGMAN, ESQ.<br>200 CRESCENT COURT, SUITE 300<br>DALLAS TX 75201-6950 | 000025P001-1278S-005<br>WEIL, GOTSHAL & MANGES LLP<br>ATTN: RICHARD P. KRASNOW, ESQ.<br>767 FIFTH AVENUE<br>NEW YORK NY 10153 | 000026P001-1278S-005<br>WEIL, GOTSHAL & MANGES LLP<br>ATTN: VICTORIA VRON, ESQ.<br>767 FIFTH AVENUE<br>NEW YORK NY 10153 | 000019P002-1278S-005<br>WHITE & CASE LLP<br>ROBERTO J. KAMPFNER<br>633 WEST FIFTH STREET<br>SUITE 1900<br>LOS ANGELES CA 90071-2007 |
| 000020P001-1278S-005<br>WHITE & CASE LLP<br>MELANIE C. SCOTT<br>633 WEST FIFTH STREET<br>SUITE 1900<br>LOS ANGELES CA 90071-2007 | 000021P001-1278S-005<br>WHITE & CASE LLP<br>SCOTT GREISSMAN<br>1155 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-2787 | | |

Records Printed :        30