UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>COMPANIA MEXICANA DE AVIACION, S.A. de C.V.,<br><br>      Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 10-14182 (MG) |

## ORDER TO SHOW CAUSE

UPON THE APPLICATION (the "Application") of C.I.T. Leasing Corporation ("C.I.T. Leasing"), CIT Aerospace International ("CITAI", and together with C.I.T. Leasing, the "CIT Entities"), Wilmington Trust SP Services (Dublin) Limited, not in its individual capacity but solely as Trustee, and Wells Fargo Bank Northwest, National Association, not in its individual capacity but solely as owner trustee (said institutions, each a "Trustee" and collectively, the "Trustees" and together with the CIT Entities, collectively, the "Lessor-Objectants") for entry of an order to show cause on the Lessor-Objectants' motion (the "Motion to Seal") for entry of an order authorizing the Lessor-Objectants to file the Documents (as defined in the Application) under seal pursuant to Section 107(b) of the United States Code, 11 U.S.C. § 101 *et seq.* and Rule 9018 of the Federal Rules of Bankruptcy Procedure, as well as the affirmation of John I. Karesh dated August 10, 2010 in support thereof; IT IS HERBY

ORDERED, that Maru E. Johnson in her capacity as the Foreign Representative of Compania Mexicana de Aviacion, S.A. de C.V. ("Mexicana") and Mexicana show cause before this Court, at Room 523, United States Bankruptcy Court, One Bowling Green, New York, New York, 10004-1408, on the ___ day of August, 2010, at ___:___ , or as soon thereafter as counsel may be heard, why an Order should not be entered pursuant to the Application; and it is further

ORDERED, that service of a copy of this Order, the Application and the Motion to Seal shall be made upon counsel for Maru E. Johansen, in her capacity as the Foreign Representative for Mexicana, and Mexicana, Duane Morris LLP, 1540 Broadway, New York, NY 10036-4086, Attention: William Heuer, Esq., and Meyer Suozzi, English & Klein, P.C., 1350 Broadway, Suite 501, New York, NY 10018, Attention: Edward J. LoBello, Esq., by personal service or e-mail on or before August __, 2010, at __:__, which service shall be deemed good and sufficient service thereof; and it is further

ORDERED, that the said Foreign Representative and Mexicana shall serve answering papers, if any, to be received on or before August __, 2010, at __:__ , by electronic mail to jkaresh@vedderprice.com and mjedelman@vedderprice.com, and facsimile to 212-407-7799, to Vedder Price P.C., 1633 Broadway, 47th Floor, New York, NY 10019, Attention: John I. Karesh, Esq.

Dated: _____, 2010          _____
                                         UNITED STATES BANKRUPTCY JUDGE