DUANE MORRIS LLP
1540 Broadway
New York, New York 10036-4086
(212) 692-1000
(212) 692-1020 (facsimile)
William C. Heuer, Esq.
William H. Schrag, Esq.
*wheuer@duanemorris.com*
*wschrag@duanemorris.com*
*Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| COMPANIA MEXICANA DE AVIACION, S.A. de C.V., | Case No. 10-14182 (MG) |
| Debtor in a Foreign Proceeding. | |

**NOTICE OF PROPOSED AGENDA OF MATTERS SCHEDULED FOR HEARING**

Time and Date of Hearing:  August 16, 2010 at 10:00 a.m. (Eastern Daylight Time)

Location of Hearing:  The Honorable Martin Glenn, United States Bankruptcy Judge
Courtroom No. 501
United States Bankruptcy Court of the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004-1408

## I. CONTESTED MATTERS

A. **Motion for Entry of an Order Providing a Preliminary Injunction**. The Foreign Representative's Request for Entry of an Order Providing a Preliminary Injunction, as scheduled pursuant to an order entered in connection with the Foreign Representative's Ex Parte Application For an Order (i) Granting Provisional Relief and Injunction and (ii) Scheduling a Hearing. [Docket No. 5]

### SERVICE PROVIDER FILINGS

1. Response Received:

    Emergency Motion for Relief From Temporary Restraining Order on behalf of Flying Food Catering, Inc., Brought by Order to Show Cause [Docket No. 84].

    Related Documents:

    Exhibits to Emergency Motion for Relief from Temporary Restraining Order on behalf of Flying Food Catering, Inc. [Docket No. 85].

    Ex Parte Application for Entry of An Order to Show Cause and Setting a Hearing on the Emergency Motion of Flying Food Catering, Inc. for Relief from Temporary Restraining Order on behalf of Flying Food Catering, Inc. [Docket No. 86].

    Objection of Flying Food Catering, Inc. to Ex Parte Application for Order (A) Granting Provisional Relief and Injunction and (B) Scheduling Hearing on behalf of Flying Food Catering, Inc. [Docket No. 87].

2. Response Received:

    Objection By Integrated Airline Services, Inc. To Debtors Request For Injunction As, Inter Alia, It Does Not Provide For Payment Or Adequate Protection Of Interests on behalf of Integrated Airline Services, Inc. [Docket No. 91].

    Related Documents:

    Declaration of Michael V. LaBarbera. [Docket No. 91].

3. Response Received:

    Emergency Application for Ex Parte Relief from Temporary Restraining Order on behalf of Allied Aviation Fueling Company of San Antonio, Inc., Allied Aviation Fueling Company, Inc., Brought by Order to Show Cause [Docket 99].

Related Documents:

Declaration of Stan Czaplicki in Support of Motion for Relief from the Temporary Restraining Order on behalf of Allied Aviation Fueling Company of San Antonio, Inc., Allied Aviation Fueling Company, Inc. [Docket 100].

4. Response Received:

Emergency Application for Ex Parte Relief from Temporary Restraining Order on behalf of Menzies Aviation (USA), Inc., Brought by Order to Show Cause. [Docket 101].

Related Documents:

Declaration of Philip Harnden in Support of Motion for Relief from the Temporary Restraining Order on behalf of Menzies Aviation (USA), Inc. [Docket 104].

5. Response Received:

Emergency Application for Ex Parte Relief from Temporary Restraining Order on behalf of Servisair & Shell Fuel Services, LLC, Servisair USA, Inc., Servisair, LLC, Brought by Order to Show Cause. [Docket 105].

Related Documents:

Declaration of John R. Guest in Support of Motion for Relief from the Temporary Restraining Order on behalf of Servisair & Shell Fuel Services, LLC, Servisair USA, Inc., Servisair, LLC. [Docket 106].

6. Response Received:

Objection to Motion Objection by Aircraft Service International, Inc. to the Application by Debtor for Order (A) Granting Provisional Relief and Injunction and (B) Scheduling Hearing on behalf of Aircraft Service International, Inc. [Docket No. 113].

Related Documents:

Affidavit on behalf of Aircraft Service International, Inc. [Docket No. 114].

7. Response Received:

Objection to Motion Limited Objection To Preliminary Injunctive Relief, Or In The Alternative, Motion For (A) Relief, Or (B) Determination That 362 Is Inapplicable on behalf of Aviation Port Services, L.L.C. [Docket No. 109].

## AIRCRAFT LESSOR FILINGS

8.  Response Received:

    Application for Ex Parte Relief on behalf of East Trust - Sub 12. [Docket 98].

    Related Documents:

    Emergency Motion to For Relief From TRO and Determination That Lease Agreement Is Terminated on behalf of East Trust - Sub 12. [Docket 102].

    Affidavit of Carlos Alberto Sierra Navarro on behalf of East Trust - Sub 12. [Docket 108].

Status: This matter is going forward. The Foreign Representative will ask the court to set a briefing schedule.

9.  Response Received:

    Objection of GE Capital Aviation Services to the Scope of the Temporary Restraining Order and the Proposed Preliminary Injunction on behalf of GE Capital Aviation Services. [Docket No. 110]

Status: The parties are working toward consensual resolution in advance of the hearing, but as of this filing have not finalized such resolution.

## II. RESOLVED MATTERS

A.  **Motion for Entry of an Order Providing a Preliminary Injunction**. The Foreign Representative's Request for Entry of an Order Providing a Preliminary Injunction, as scheduled pursuant to an order entered in connection with the Foreign Representative's Ex Parte Application For an Order (i) Granting Provisional Relief and Injunction and (ii) Scheduling a Hearing. [Docket No. 5]

    This Motion has been Resolved with Respect to the Following Responses:

    1.  Response Received:

        Emergency Application for Ex Parte Relief From Temporary Restraining Order Wells Fargo Bank Northwest, N.A., not in its individual capacity but solely as owner trustee, and Marco Aircraft Leasing Ltd. [Docket No. 15].

        Related Documents:

        Declaration of Aengus Kelly on behalf of Wells Fargo Bank Northwest, N.A., not in its individual capacity but solely as owner trustee and Marco Aircraft Leasing Ltd. [Docket No. 16].

        Declaration Carlos Alberto Sierra Navarro on behalf of Wells Fargo Bank Northwest, N.A., not in its individual capacity but solely as owner trustee, and Marco Aircraft Leasing Ltd. [Docket No. 17].

Declaration Lewis A. Wood on behalf of Wells Fargo Bank Northwest, N.A., not in its individual capacity but solely as owner trustee, and Marco Aircraft Leasing Ltd. Docket No. 18].

Declaration of Arthur E. Rosenberg on behalf of Aero Turbine, Inc., Wells Fargo Bank Northwest, N.A., not in its individual capacity but solely as owner trustee, and Marco Aircraft Leasing Ltd. [Docket No. 22].

2. <u>Response Received</u>:

Ex Parte Application For Entry Of An Order To Show Cause Setting A Hearing On The Emergency Motion Of International Lease Finance Corporation, Whitney Ireland Leasing Limited And Calliope Limited For Relief From Temporary Restraining Order, For A Determination That Certain Lease Agreements Are Terminated, For A Determination That The Automatic Stay Is Not Applicable If An Order Is Entered Recognizing The Concurso Proceeding As A Foreign Main Proceeding And Objection To The Imposition Of A Preliminary Injunction on behalf of Calliope Limited, International Lease Finance Corporation, Whitney Ireland Leasing Limited. [Docket No. 32].

<u>Related Documents</u>:

Amended Redacted Version of Emergency Motion Of International Lease Finance Corporation, Whitney Ireland Leasing Limited And Calliope Limited For Relief From Temporary Restraining Order, For A Determination That Certain Lease Agreements Are Terminated, For A Determination That The Automatic Stay Is Not Applicable If An Order Is Entered Recognizing The Concurso Proceeding As A Foreign Main Proceeding And Objection To The Imposition Of A Preliminary Injunction. [Docket No. 49].

Emergency Motion from Temporary Restraining Order with Affidavit of Elizabeth Critch with Exhibits A - G, Affidavit of Chris Wallraff with Exhibits A - C, Affidavit of Joe Hermosillo with Exhibits A - Z filed only in electronic form (documents filed under seal per order signed 8/10/2010) on behalf of Calliope Limited, Whitney Ireland Leasing Limited, International Lease Finance Corporation. [Docket No. 66].

Supplemental Memorandum Of Law In Support Of Emergency Motion Of International Lease Finance Corporation, Whitney Ireland Leasing Limited And Calliope Limited For Relief From Temporary Restraining Order, For A Determination That Certain Lease Agreements Are Terminated, For A Determination That The Automatic Stay Is Not Applicable If An Order Is Entered Recognizing The Concurso Proceeding As A Foreign Main Proceeding And Objection To The Imposition Of A Preliminary Injunction on behalf of Calliope Limited, International Lease Finance Corporation, Whitney Ireland Leasing Limited. [Docket No. 71].

Declaration of Carlos Alberto Sierra Navarro on behalf of Calliope Limited, International Lease Finance Corporation, Whitney Ireland Leasing Limited. [Docket No. 72].

Supplemental Declaration on behalf of Joseph H. Hermosillo. [Docket No. 80].

Affidavit (Redacted) of Chris Wallraff on behalf of International Lease Finance Corporation. [Docket No. 93].

Affidavit (Redacted) of Joseph H. Hermosillo on behalf of International Lease Finance Corporation. [Docket No. 94].

Affidavit (Supplemental Redacted) of Joseph H. Hermosillo on behalf of International Lease Finance Corporation. [Docket No. 95].

Affidavit (Redacted) of Elizabeth Critch on behalf of International Lease Finance Corporation. [Docket No. 96].

### III. WITHDRAWN MATTERS

1. Response Received:

    Emergency Motion of Pacific Fuel Trading Corporation for Clarification, or in the Alternative, Relief from Temporary Restraining Order on behalf of Pacific Fuel Trading Corporation. [Docket No. 48]

    Status: This matter has been resolved. The Objecting Party withdrew the objection.

### IV. ADJOURNED MATTERS

A. **Motion for Entry of an Order Providing a Preliminary Injunction**. The Foreign Representative's Request for Entry of an Order Providing a Preliminary Injunction, as scheduled pursuant to an order entered in connection with the Foreign Representative's Ex Parte Application For an Order (i) Granting Provisional Relief and Injunction and (ii) Scheduling a Hearing. [Docket No. 5]

    This Matter has been Adjourned for the Following Response:

    1. Response Received:

        Application for Ex Parte Relief of various CIT Entities and Owner Trustees in support of Order to Show Cause to File Documents under seal on behalf of C.I.T Leasing Corporation, CIT Aerospace International, Wells Fargo Bank Northwest, N.A., not in its individual capacity but solely as owner trustee, and Marco Aircraft Leasing Ltd., Wilmington Trust SP Services (Dublin) Limited, not in its individual capacity by solely as Trustee. [Docket No. 76]

        Related Documents:

Affirmation of John Karesh in Support of Application to File Confidential Documents Under Seal on behalf of C.I.T Leasing Corporation, CIT Aerospace International, Wells Fargo Bank Northwest, N.A., not in its individual capacity but solely as owner trustee, and Marco Aircraft Leasing Ltd., Wilmington Trust SP Services (Dublin) Limited, not in its individual capacity by solely as Trustee. [Docket No. 77].

Objection to Motion /Application by Compania Mexicana De Aviacion S.A. DE C.V. for a preliminary injunction on behalf of C.I.T Leasing Corporation, CIT Aerospace International, Wells Fargo Bank Northwest, N.A., not in its individual capacity but solely as owner trustee, and Marco Aircraft Leasing Ltd., Wilmington Trust SP Services (Dublin) Limited, not in its individual capacity by solely as Trustee. [Docket No. 82].

Affirmation of John I Karesh in support of objection by C.I.T Leasing Corporation and Related Entities to Application by Compania Mexicana De Aviacion S.A. DE C.V. for preliminary Injunction on behalf of C.I.T Leasing Corporation, CIT Aerospace International, Wells Fargo Bank Northwest, N.A., not in its individual capacity but solely as owner trustee, and Marco Aircraft Leasing Ltd., Wilmington Trust SP Services (Dublin) Limited, not in its individual capacity by solely as Trustee. [Docket No. 83].

Redacted Exhibits A - J In Re: Affirmation of John I. Karesh in support of application to file confidential documents under seal filed by John I. Karesh on behalf of C.I.T Leasing Corporation, CIT Aerospace International, Wells Fargo Bank Northwest, N.A., not in its individual capacity but solely as owner trustee, and Marco Aircraft Leasing Ltd., Wilmington Trust SP Services (Dublin) Limited, not in its individual capacity by solely as Trustee. [Docket 116].

Status: This matter is adjourned to a hearing on August 23, 2010 at 10:00 a.m. or a time as soon thereafter as the parties can be heard.

Dated: New York, New York
August 15, 2010

**DUANE MORRIS LLP**

_/s/William C. Heuer_
William C. Heuer, Esq.
William H. Schrag, Esq.
1540 Broadway
New York, New York 10036-4086
(212) 692-1000
(212) 692-1020 (facsimile)
*wheuer@duanemorris.com*
*wschrag@duanemorris.com*
*Counsel to the Foreign Representative*

Edward J. LoBello, Esq.
Alan E. Marder, Esq.
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
1350 Broadway, Suite 501
P.O. Box 822
New York, New York  10018-0026
Telephone (212) 763-7030
Fax (516) 763-7031
*Conflicts Counsel to the Foreign Representative*