DUANE MORRIS LLP
1540 Broadway
New York, New York 10036-4086
(212) 692-1000
(212) 692-1020 (facsimile)
William C. Heuer, Esq.
William H. Schrag, Esq.
*wheuer@duanemorris.com*
*wschrag@duanemorris.com*
*Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| COMPANIA MEXICANA DE AVIACION, S.A. de C.V., | Case No. 10-14182(MG) |
| Debtor in a Foreign Proceeding. | |

**NOTICE OF CHANGED DATE AND TIME FOR**
**HEARING ON MOTION FOR RECOGNITION OF FOREIGN PROCEEDING**

**PLEASE TAKE NOTICE** that on September 8, 2010, at 11:00 a.m. (the "Hearing"), Maru E. Johansen, in her capacity as the foreign representative (the "Foreign Representative") of the above-captioned debtor ("Mexicana" or the "Debtor") whose reorganization proceedings under Mexican insolvency law currently are pending before the District Court for Civil Matters for The Federal District, Mexico (the "Mexican Court" and "Concurso Proceeding"), shall seek entry of an order providing for "recognition" of the Concurso Proceeding as a "foreign main proceeding" (the "Motion") under chapter 15 of title 11 of the United States Code (the "Bankruptcy Code") before the Hon. Martin Glenn, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), located at Alexander Hamilton Customs House, Room 501, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that any party in interest wishing to submit a response or objection to the relief requested in the Motion must do so in writing and shall conform to the Bankruptcy Rules and Local Bankruptcy Rules for the Southern District of New York and shall be filed with the Bankruptcy Court electronically by registered users of the Bankruptcy Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court), and by all other parties in interest, on a 3.5-inch disk, in text-searchable Portable Document Format (PDF), Wordperfect or any other Windows-based word processing format (in either case, with a hard copy marked "Chambers Copy" and delivered directly to the Bankruptcy Court) and shall be served so as to be actually filed with the Bankruptcy Court and served, by no later than September 1, 2010 at 4:00 p.m. (Eastern Time), upon the following parties: (i) counsel to the Foreign Representative, Duane Morris LLP, 1540 Broadway, New York, New York 10036, Attn: William C. Heuer and Meyer, Suozzi, English & Klein, P.C., 1350 Broadway, Suite 501, New York New York 10018, Attn: Edward J. LoBello; (ii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004; and (iii) all parties that file notices of appearance in this Chapter 15 proceeding pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE FURTHER NOTICE** that copies of all pleadings filed by the Foreign Representative may be obtained free of charge by visiting the website of Donlin, Recano & Company, Inc. at http://www.donlinrecano.com/mexicana. You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov (a PACER login and password are required to retrieve a document).

Dated: New York, New York
August 17, 2010

**DUANE MORRIS LLP**

  /s/William C. Heuer
William C. Heuer, Esq.
William H. Schrag, Esq.
1540 Broadway
New York, New York 10036-4086
(212) 692-1000
(212) 692-1020 (facsimile)
*wheuer@duanemorris.com*
*wschrag@duanemorris.com*

*Counsel to the Foreign Representative*

Edward J. LoBello, Esq.
Alan E. Marder, Esq.
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
1350 Broadway, Suite 501
P.O. Box 822
New York, New York  10018-0026
Telephone (212) 763-7030
Fax (516) 763-7031
*Conflicts Counsel to the Foreign Representative*