

August 12, 2010

BY FEDERAL EXPRESS

Compania Mexicana de Aviacion, S.A. de C.V.
Xola No. 535 – Colonia del Valle
Mexico, D. F. CP 03100, Mexico

William Heuer
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086

United States Bankruptcy Court
Southern District of New York (Manhattan)
One Bowling Green
New York, NY 10004-1408

Re: Compania Mexicana de Aviacion, S.A. de C.V.
Case No. 10-14182-mg

The undersigned, pursuant to Section 11 USC 546 (c) (1) of the Bankruptcy Code, and any other applicable provisions, hereby demands reclamation of the goods of the shipment as evidenced by the enclosed invoice totaling $103,129.40.

All rights to alter, amend, or modify this reclamation demand are reserved.

Sincerely,
Michelin North America, Inc.

Cindy W. Boggs
Manager, Credit and
Business Development

Enclosures
Reclamation Demand Compania Mexicana de Aviacion, S.A. de C.V.

Michelin North America, Inc.

One Parkway South
Post Office Box 19001
Greenville, South Carolina 29602-9001
Tel: 864- 458-5000

| | | |
|---|---|---|
| Reporting Level | : | Operating Unit |
| Reporting Context | : | 415_MNA_OU |

NA_US                              Aging - By Account Report

| | | | | |
|---|---|---|---|---|
| Layout Name | : | Accounting Flexfield | | |
| Summary Type | : | Invoice Summary | | |
| Report Format | : | Detailed | | |
| Balance Due | : | | To | |
| Type | : | | To | |
| Customer Name | : | 760G_CIA MEXICANA DE AVIACION S | To | 760G_CIA MEXICANA DE AVIACION S |
| Customer Number | : | | To | |
| Bucket Name | : | 7BUCKET | | |
| As of Date | : | 06-AUG-10 | | |
| Balancing Segment | : | | To | |
| Open Credits | : | Age | | |
| Currency | : | | | |
| Receipts At Risk | : | Do Not Show | | |

---

NA_US                     Aging - By Account Report            Report Date: 2010/08/06 10:24
                          As of  06-AUG-10                     Page:                       1

Reporting Level:   Operating Unit
Reporting Entity:  415_MNA_OU
Order By:          Accounting Flexfield

   Company Segment:  415G
Accounting Flexfield: 415G-4110002-4110-0-GRE2-001600-0506-000-0000

| Invoice Number | Type | Due Date | Outstanding Amount | Current/ Fut Due | 1 - 30 Days Late | 31 - 60 Days Late | 61 - 90 Days Late | 91 - 180 Day Late | 181 - 360 Da Late | > 361 Days Late |
|---|---|---|---|---|---|---|---|---|---|---|
| 760G_CIA MEXICANA DE AVIACION SA DE CV | | | | 760G_00200604 | MEXICO, D.F. CP 0310 | | | | | |
| 9024003425 | Impo | 02-AUG-10 | 19,700.00 | | 19,700.00 | | | | | |
| 9024006029 | Impo | 05-SEP-10 | 3,786.00 | 3,786.00 | | | | | | |
| 9024006030 | Impo | 05-SEP-10 | 3,522.50 | 3,522.50 | | | | | | |
| 9024006137 | Impo | 06-SEP-10 | 3,522.50 | 3,522.50 | | | | | | |
| 9024006139 | Impo | 06-SEP-10 | 5,679.00 | 5,679.00 | | | | | | |
| 9024006151 | Impo | 06-SEP-10 | 3,522.50 | 3,522.50 | | | | | | |
| 9024006577 | Impo | 11-SEP-10 | 8,333.80 | 8,333.80 | | | | | | |
| 9024006709 | Impo | 12-SEP-10 | 13,251.00 | 13,251.00 | | | | | | |
| 9024006710 | Impo | 12-SEP-10 | 35,568.90 | 35,568.90 | | | | | | |
| 9024006711 | Impo | 12-SEP-10 | 6,243.20 | 6,243.20 | | | | | | |
| Total: | | | 103,129.40 | 83,429.40 80.90% | 19,700.00 19.10% | 0.00 0.00% | 0.00 0.00% | 0.00 0.00% | 0.00 0.00% | 0.00 0.00% |

Account Customer Balance:        103,129.40

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Total For Accounting Flexfield | 103,129.40 | 83,429.40 80.90% | 19,700.00 19.10% | 0.00 0.00% | 0.00 0.00% | 0.00 0.00% | 0.00 0.00% | 0.00 0.00% |

Company Total:       103,129.40

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Grand Total: | 83429.4 | 83,429.40 80.90% | 19,700.00 19.10% | 0.00 0.00% | 0.00 0.00% | 0.00 0.00% | 0.00 0.00% | 0.00 0.00% |



Michelin Aircraft Tire Company,
a Division of Michelin North America, Inc.

| Invoice Number: | 90246030 |
|---|---|
| Invoice Date: | 07/22/2010 |
| Customer Number: | 00200604 |
| Ship To Number: | 00000002 |
| Michelin Order Number: | 8138218 |
| Bill of Lading Number: | 3KCY0009593 |

| Sold To: | Ship To: |
|---|---|
| COMPANIA MEXICANA de AVIACION, S.A. DE C.V.<br>XOLA NO. 535 - COL. DEL VALLE<br>MEXICO, D.F. CP 03100 MEX | MEXICANA AIRLINES COMPANY<br>MATERIALS DEPARTMENT<br>ATTN: EDWIN QUILES<br>LOS ANGELES<br>CA 90045 |

| Terms | Sales Person | Rec. Affiliate | Customer PO | Customer PO Date |
|---|---|---|---|---|
| Net 45 | 4 | | CMA-MNA2010 | 07/21/2010 |

| Affiliate Code | From Warehouse | Ship Date | Tot. Shipping Wgt. | Carrier | Transport Type | Loading Unit Type |
|---|---|---|---|---|---|---|
| 415 G | 145 | 07/22/2010 | 476 | | | |

| Item No | Description | Quantity | U/M | Unit Price | Extended Price |
|---|---|---|---|---|---|
| | TIRES MUST BE PALLETIZED AND SHRINK-WRAPPED. | | | | |
| 1M08201 | 30X8.8R15/16/225 | 10 | EA | 352.25 | 3,522.50 |
| | 6287W115　R-03　6299W113　R-03 | | | | |
| | 6323W117　R-03　6330W111　R-03 | | | | |
| | 6361W102　R-03　7072W114　R-03 | | | | |
| | 7099W117　R-04　7178W113　R-03 | | | | |
| | 7181W093　R-03　8257W102　R-01 | | | | |

| PLEASE REMIT TO:<br>**MICHELIN NORTH AMERICA, INC.**<br>**PO BOX 409712**<br>**ATLANTA, GA 30384-9712** | Any questions or concerns please call:<br>Tel: (877) 503-8071<br>Fax: (800) 349-1785 | SubTotal: | 3,522.50 |
|---|---|---|---|
| | | Invoice Total:<br>Currency: USD | 3,522.50 |



Michelin Aircraft Tire Company,
a Division of Michelin North America, Inc.

ORIGINAL INVOICE                                    Page 1 of 1

| Invoice Number: | 90246137 |
|---|---|
| Invoice Date: | 07/23/2010 |
| Customer Number: | 00200604 |
| Ship To Number: | 00000003 |
| Michelin Order Number: | 8131320 |
| Bill of Lading Number: | 3KCY0009597 |

| Sold To: | Ship To: |
|---|---|
| COMPANIA MEXICANA DE AVIACION<br>S.A. DE C.V.<br>XOLA NO. 535 - COL. DEL VALLE<br>MEXICO, D.F. CP 03100 | MEXICANA AIRLINES COMPANY<br>C/O AG ADUANA RAUL CARVAJAL<br>ATTN: MIGUEL/NOE AGUILERA<br>BROWNSVILLE<br>TX 78520 |

| Terms | Sales Person | Rec. Affiliate | Customer PO | Customer PO Date |
|---|---|---|---|---|
| Net 45 | 4 | | CMA-MNA2010 | 01/06/2010 |

| Affiliate Code | From Warehouse | Ship Date | Tot. Shipping Wgt. | Carrier | Transport Type | Loading Unit Type |
|---|---|---|---|---|---|---|
| 415 G | 145 | 07/23/2010 | 476 | | | |

| Item No. | Description | Quantity | U/M | Unit Price | Extended Price |
|---|---|---|---|---|---|
| | Contact at Destination:<br>Miguel or Noe Aguilera, Ph# (956)554-3539 | | | | |
| 1M08201 | 30X8.8R15/16/225 | 10 | EA | 352.25 | 3,522.50 |
| | 6262A105  R-03   6288W104  R-03 | | | | |
| | 6291A128  R-04   6301W102  R-02 | | | | |
| | 6318W112  R-02   6327W122  R-03 | | | | |
| | 7008W103  R-02   7011W110  R-02 | | | | |
| | 7024W120  R-02   7158W094  R-03 | | | | |

| PLEASE REMIT TO:<br>MICHELIN NORTH AMERICA, INC.<br>PO BOX 409712<br>ATLANTA, GA 30384-9712 | Any questions or concerns<br>please call:<br>Tel: (877) 503-8071<br>Fax: (800) 349-1785 | SubTotal:<br><br>Invoice Total:<br>Currency: USD | 3,522.50<br><br>3,522.50 |
|---|---|---|---|



**Michelin Aircraft Tire Company,**
a Division of Michelin North America, Inc.

| Invoice Number: | 90246151 |
|---|---|
| Invoice Date: | 07/23/2010 |
| Customer Number: | 00200604 |
| Ship To Number: | 00000003 |
| Michelin Order Number: | 8131320 |
| Bill of Lading Number: | 3KCY0009607 |

| Sold To: | Ship To: |
|---|---|
| COMPANIA MEXICANA DE AVIACION<br>S.A. DE C.V.<br>XOLA NO. 535 - COL. DEL VALLE<br>MEXICO, D.F. CP 03100 | MEXICANA AIRLINES COMPANY<br>C/O AG ADUANA RAUL CARVAJAL<br>ATTN: MIGUEL/NOE AGUILERA<br>BROWNSVILLE<br>TX 78520 |

| Terms | Sales Person | Rec. Affiliate | Customer PO | Customer PO Date |
|---|---|---|---|---|
| Net 45 | 4 | | CMA-MNA2010 | 01/06/2010 |

| Affiliate Code | From Warehouse | Ship Date | Tot. Shipping Wgt. | Carrier | Transport Type | Loading Unit Type |
|---|---|---|---|---|---|---|
| 415 G | 145 | 07/23/2010 | 476 | | | |

| Item No. | Description | Quantity | U/M | Unit Price | Extended Price |
|---|---|---|---|---|---|
| | Contact at Destination:<br>Miguel or Noe Aguilera, Ph# (956)554-3539 | | | | |
| 1M08201 | 30X8.8R15/16/225 | 10 | EA | 352.25 | 3,522.50 |
| | 6235A091  R-03   6270A101  R-03 | | | | |
| | 6279A099  R-04   6282W110  R-02 | | | | |
| | 6282W116  R-02   6291A139  R-03 | | | | |
| | 6306W111  R-03   6311W119  R-02 | | | | |
| | 6317W110  R-03   7263W100  R-02 | | | | |

| PLEASE REMIT TO:<br>**MICHELIN NORTH AMERICA, INC.**<br>PO BOX 409712<br>ATLANTA, GA 30384-9712 | Any questions or concerns<br>please call:<br>Tel: (877) 503-8071<br>Fax: (800) 349-1785 | SubTotal:<br><br>Invoice Total:<br>Currency:   USD | 3,522.50<br><br>3,522.50 |
|---|---|---|---|



Michelin Aircraft Tire Company,
a Division of Michelin North America, Inc.

| Invoice Number: | 90246577 |
|---|---|
| Invoice Date: | 07/28/2010 |
| Customer Number: | 00200604 |
| Ship To Number: | 00000002 |
| Michelin Order Number: | 8138364 |
| Bill of Lading Number: | 3KCY0009630 |

| Sold To: | Ship To: |
|---|---|
| COMPANIA MEXICANA de AVIACION, S.A. DE C.V. XOLA NO. 535 - COL. DEL VALLE MEXICO, D.F. CP 03100 MEX | MEXICANA AIRLINES COMPANY MATERIALS DEPARTMENT ATTN: EDWIN QUILES LOS ANGELES CA 90045 |

| Terms | Sales Person | Rec. Affiliate | Customer PO | Customer PO Date |
|---|---|---|---|---|
| Net 45 | 4 | | CMA-MNA2010 | 07/27/2010 |

| Affiliate Code | From Warehouse | Ship Date | Tot. Shipping Wgt. | Carrier | Transport Type | Loading Unit Type |
|---|---|---|---|---|---|---|
| 415 G | 145 | 07/28/2010 | 1,783 | | | |

| Item No. | Description | Quantity | U/M | Unit Price | Extended Price |
|---|---|---|---|---|---|
| | *** PLS AIRFREIGHT, FEDEX, ACCT# 118333136 AND ADVISE AWB# AS SOON AS AVAILABLE. CONTACT: EDWIN QUILES PHONE # 310-646-0479 TIRES MUST BE PALLETIZED AND SHRINK-WRAPPED. | | | | |
| 1M01103 | 46X17R20/30/225 | 10 | EA | 833.38 | 8,333.80 |
| | 6126W007  R-03   6306W002  R-01 | | | | |
| | 7045W013  R-03   7049W050  R-03 | | | | |
| | 7309W010  R-02   8011W191  R-01 | | | | |
| | 8020W187  R-02   8022W179  R-02 | | | | |
| | 8135W025  R-01   8144W178  R-01 | | | | |

| PLEASE REMIT TO: MICHELIN NORTH AMERICA, INC. PO BOX 409712 ATLANTA, GA 30384-9712 | Any questions or concerns please call: Tel: (877) 503-8071 Fax: (800) 349-1785 | SubTotal: Invoice Total: Currency: USD | 8,333.80 8,333.80 |
|---|---|---|---|



Michelin Aircraft Tire Company,
a Division of Michelin North America, Inc.

| Invoice Number: | 90246710 |
|---|---|
| Invoice Date: | 07/29/2010 |
| Customer Number: | 00200604 |
| Ship To Number: | 00000003 |
| Michelin Order Number: | 8131320 |
| Bill of Lading Number: | 3KCY0009640 |

**Sold To:**
COMPANIA MEXICANA DE AVIACION
S.A. DE C.V.
XOLA NO. 535 - COL. DEL VALLE
MEXICO, D.F. CP 03100

**Ship To:**
MEXICANA AIRLINES COMPANY
C/O AG ADUANA RAUL CARVAJAL
ATTN: MIGUEL/NOE AGUILERA
BROWNSVILLE
TX 78520

| Terms | Sales Person | Rec. Affiliate | Customer PO | Customer PO Date |
|---|---|---|---|---|
| Net 45 | 4 | | CMA-MNA2010 | 01/06/2010 |

| Affiliate Code | From Warehouse | Ship Date | Tot. Shipping Wgt. | Carrier | Transport Type | Loading Unit Type |
|---|---|---|---|---|---|---|
| 415 G | 145 | 07/29/2010 | 6,729 | | | |

| Item No | Description | Quantity | U/M | Unit Price | Extended Price |
|---|---|---|---|---|---|
| | Contact at Destination: | | | | |
| | Miguel or Noe Aguilera, Ph# (956)554-3539 | | | | |
| 0M01103 | 46X17R20/30/225 | 3 | EA | 833.38 | 2,500.14 |
| | 0018S023  R-00   0020S067  R-00 | | | | |
| | 0023S008  R-00 | | | | |
| 1M01103 | 46X17R20/30/225 | 27 | EA | 833.38 | 22,501.26 |
| | 5003A030  R-02   6042W016  R-02 | | | | |
| | 6043W001  R-02   6125W032  R-02 | | | | |
| | 6200W034  R-03   6201W032  R-02 | | | | |
| | 6332W017  R-03   6333W009  R-03 | | | | |
| | 6346W042  R-03   7032W035  R-03 | | | | |
| | 7046W052  R-02   7064W029  R-02 | | | | |
| | 7174W174  R-02   7174W179  R-02 | | | | |
| | 7179W003  R-01   7187W183  R-02 | | | | |
| | 7188W178  R-02   7190W176  R-02 | | | | |
| | 7245W002  R-02   7249W023  R-03 | | | | |
| | 7250W015  R-03   7274W017  R-03 | | | | |
| | 7280W028  R-03   8011W174  R-02 | | | | |
| | 8014W184  R-02   8051W015  R-02 | | | | |
| | 8144W172  R-02 | | | | |
| | PO-CMA-MNA2010 | | | | |
| 0M08201 | 30X8.8R15/16/225 | 10 | EA | 352.25 | 3,522.50 |
| | 0012S087  R-00   0014S088  R-00 | | | | |
| | 0054S081  R-00   0054S092  R-00 | | | | |
| | 0054S093  R-00   0055S097  R-00 | | | | |
| | 0120S090  R-00   0120S095  R-00 | | | | |
| | 0123S095  R-00   0124S095  R-00 | | | | |
| 1M08201 | 30X8.8R15/16/225 | 20 | EA | 352.25 | 7,045.00 |
| | 6215W156  R-02   6259W104  R-03 | | | | |

**PLEASE REMIT TO:**

MICHELIN NORTH AMERICA, INC.
PO BOX 409712
ATLANTA, GA 30384-9712

Any questions or concerns
please call:
Tel: (877) 503-8071
Fax: (800) 349-1785

Invoice Total:            Continued
Currency:  USD



Michelin Aircraft Tire Company,
a Division of Michelin North America, Inc.

| | |
|---|---|
| **Invoice Number:** | 90243425 |
| Invoice Date: | 06/18/2010 |
| Customer Number: | 00200604 |
| Ship To Number: | 00000003 |
| Michelin Order Number: | 8136880 |
| Bill of Lading Number: | 3KCY0009433 |

| Sold To: | Ship To: |
|---|---|
| COMPANIA MEXICANA de AVIACION, | MEXICANA AIRLINES COMPANY |
| S.A. de C.V.- ATTN:COMPRAS TECNICAS | C/O AG ADUANA RAUL CARVAJAL |
| AV. 602 NO. 161-A | ATTN: MIGUEL/NOE AGUILERA |
| 15620 MEXICO, D.F. MEXICO | BROWNSVILLE |
| | TX 78520 |

| Terms | Sales Person | Rec. Affiliate | Customer PO | Customer PO Date |
|---|---|---|---|---|
| Net 45 | 4 | | 25775 | 06/11/2010 |

| Affiliate Code | From Warehouse | Ship Date | Tot. Shipping Wgt. | Carrier | Transport Type | Loading Unit Type |
|---|---|---|---|---|---|---|
| 415 G | 145 | 06/18/2010 | 2,980 | | | |

| Item No | Description | Quantity | U/M | Unit Price | Extended Price |
|---|---|---|---|---|---|

Contact at destination:

Noe/Miguel Aguilera; Ph# 956-554-3539

| | | | | | |
|---|---|---|---|---|---|
| | Country of Origin: U.S.A. | | | | |
| 0298960 | H41X15.0-19,24,225,TL,MICHAIR | 20 | EA | 985.00 | 19,700.00 |
| | 8038U00379 R-00   8040U00020 R-00 | | | | |
| | 8040U00041 R-00   8042U00158 R-00 | | | | |
| | 8170U00477 R-00   8171U00186 R-00 | | | | |
| | 8172U00102 R-00   8178U00097 R-00 | | | | |
| | 8181U00121 R-00   8234U00551 R-00 | | | | |
| | 8235U00112 R-00   8240U00011 R-00 | | | | |
| | 8241U00061 R-00   8241U00308 R-00 | | | | |
| | 8241U00309 R-00   8242U00024 R-00 | | | | |
| | 8246U00494 R-00   8246U00497 R-00 | | | | |
| | 8247U00231 R-00   8247U00465 R-00 | | | | |

| PLEASE REMIT TO: | Any questions or concerns please call: | | |
|---|---|---|---|
| MICHELIN NORTH AMERICA, INC. | Tel: (877) 503-8071 | SubTotal: | 19,700.00 |
| PO BOX 409712 | Fax: (800) 349-1795 | Invoice Total: | 19,700.00 |
| ATLANTA, GA 30384-9712 | | Currency: USD | |



Michelin Aircraft Tire Company,
a Division of Michelin North America, Inc.

| Invoice Number: | 90246711 |
|---|---|
| Invoice Date: | 07/29/2010 |
| Customer Number: | 00200604 |
| Ship To Number: | 00000003 |
| Michelin Order Number: | 8132464 |
| Bill of Lading Number: | 3KCY0009640 |

| Sold To: | Ship To: |
|---|---|
| COMPANIA MEXICANA DE AVIACION S.A. DE C.V. XOLA NO. 535 - COL. DEL VALLE MEXICO, D.F. CP 03100 | MEXICANA AIRLINES COMPANY C/O AG ADUANA RAUL CARVAJAL ATTN: MIGUEL/NOE AGUILERA BROWNSVILLE TX 78520 |

| Terms | Sales Person | Rec. Affiliate | Customer PO | Customer PO Date |
|---|---|---|---|---|
| Net 45 | 4 | | 25042 | 02/04/2010 |

| Affiliate Code | From Warehouse | Ship Date | Tot. Shipping Wgt. | Carrier | Transport Type | Loading Unit Type |
|---|---|---|---|---|---|---|
| 415 G | 145 | 07/29/2010 | 523 | | | |

| Item No. | Description | Quantity | U/M | Unit Price | Extended Price |
|---|---|---|---|---|---|

CONTACT AT DESTINATION:

NOE/MIGUEL AGUILERA

PLS SHIP AS SOON AS ORDER IS RELEASED.

| 0276140 | 18X4.4,12PR,CHINE,210MPH,MA | 40 | EA | 156.08 | 6,243.20 |

```
0127S00142 R-00    0127S00147 R-00
0127S00153 R-00    0127S00154 R-00
0127S00167 R-00    0127S00170 R-00
0127S00179 R-00    0127S00180 R-00
0127S00184 R-00    0128S00094 R-00
0132S00184 R-00    0133S00144 R-00
0135S00407 R-00    0135S00408 R-00
0135S00411 R-00    0137S00259 R-00
0137S00275 R-00    0137S00276 R-00
0137S00277 R-00    0137S00280 R-00
0137S00282 R-00    0137S00283 R-00
0137S00284 R-00    0137S00288 R-00
0137S00295 R-00    0137S00296 R-00
0137S00297 R-00    0137S00299 R-00
0137S00300 R-00    0137S00301 R-00
0137S00302 R-00    0137S00305 R-00
0137S00306 R-00    0137S00308 R-00
0137S00309 R-00    0137S00311 R-00
0137S00313 R-00    0137S00315 R-00
0138S00203 R-00    0138S00211 R-00
```

| PLEASE REMIT TO: MICHELIN NORTH AMERICA, INC. PO BOX 409712 ATLANTA, GA 30384-9712 | Any questions or concerns please call: Tel: (877) 503-8071 Fax: (800) 349-1785 | SubTotal: Invoice Total: Currency: USD | 6,243.20 6,243.20 |
|---|---|---|---|



Michelin Aircraft Tire Company,
a Division of Michelin North America, Inc.

| Invoice Number: | 90246709 |
|---|---|
| Invoice Date: | 07/29/2010 |
| Customer Number: | 00200604 |
| Ship To Number: | 00000003 |
| Michelin Order Number: | 8126280 |
| Bill of Lading Number: | 3KCY0009640 |

| Sold To: | Ship To: |
|---|---|
| COMPANIA MEXICANA DE AVIACION<br>S.A. DE C.V.<br>XOLA NO. 535 - COL. DEL VALLE<br>MEXICO, D.F. CP 03100 | MEXICANA AIRLINES COMPANY<br>C/O AG ADUANA RAUL CARVAJAL<br>ATTN: MIGUEL/NOE AGUILERA<br>BROWNSVILLE<br>TX 78520 |

| Terms | Sales Person | Rec. Affiliate | Customer PO | Customer PO Date |
|---|---|---|---|---|
| Net 45 | 4 | | 12117 | 07/09/2009 |

| Affiliate Code | From Warehouse | Ship Date | Tot. Shipping Wgt | Carrier | Transport Type | Loading Unit Type |
|---|---|---|---|---|---|---|
| 415 G | 145 | 07/29/2010 | 1,594 | | | |

| Item No | Description | Quantity | U/M | Unit Price | Extended Price |
|---|---|---|---|---|---|

Contact at Destination:
Miguel or Noe Aguilera, Ph# (956)554-3539

| 0274380 | H29X9.0-15,16PR,210MPH,MA | 35 | EA | 378.60 | 13,251.00 |

```
0126S00403 R-00   0128S00011 R-00
0128S00026 R-00   0128S00054 R-00
0130S00419 R-00   0162S00003 R-00
0162S00025 R-00   0162S00042 R-00
0175S00345 R-00   0175S00515 R-00
0176S00128 R-00   0176S00131 R-00
0176S00133 R-00   0176S00169 R-00
0177S00001 R-00   0177S00007 R-00
0177S00057 R-00   0177S00062 R-00
0178S00070 R-00   0179S00073 R-00
0179S00086 R-00   0179S00087 R-00
0179S00090 R-00   0179S00115 R-00
0180S00051 R-00   0180S00087 R-00
0180S00089 R-00   0180S00090 R-00
0180S00097 R-00   0180S00101 R-00
0180S00111 R-00   0181S00256 R-00
0181S00273 R-00   0181S00318 R-00
0181S00329 R-00
```

| PLEASE REMIT TO: | Any questions or concerns please call: | | |
|---|---|---|---|
| MICHELIN NORTH AMERICA, INC.<br>PO BOX 409712<br>ATLANTA, GA 30384-9712 | Tel: (877) 503-8071<br>Fax: (800) 349-1785 | SubTotal:<br><br>Invoice Total:<br>Currency: USD | 13,251.00<br><br>13,251.00 |



Michelin Aircraft Tire Company,
a Division of Michelin North America, Inc.

| Invoice Number: | 90246139 |
|---|---|
| Invoice Date: | 07/23/2010 |
| Customer Number: | 00200604 |
| Ship To Number: | 00000003 |
| Michelin Order Number: | 8126280 |
| Bill of Lading Number: | 3KCY0009599 |

| Sold To: | Ship To: |
|---|---|
| COMPANIA MEXICANA DE AVIACION<br>S.A. DE C.V.<br>XOLA NO. 535 - COL. DEL VALLE<br>MEXICO, D.F. CP 03100 | MEXICANA AIRLINES COMPANY<br>C/O AG ADUANA RAUL CARVAJAL<br>ATTN: MIGUEL/NOE AGUILERA<br>BROWNSVILLE<br>TX 78520 |

| Terms | Sales Person | Rec. Affiliate | Customer PO | Customer PO Date |
|---|---|---|---|---|
| Net 45 | 4 | | 12117 | 07/09/2009 |

| Affiliate Code | From Warehouse | Ship Date | Tot. Shipping Wgt | Carrier | Transport Type | Loading Unit Type |
|---|---|---|---|---|---|---|
| 415 G | 145 | 07/23/2010 | 683 | | | |

| Item No | Description | Quantity | U/M | Unit Price | Extended Price |
|---|---|---|---|---|---|
| | Contact at Destination:<br>Miguel or Noe Aguilera, Ph# (956)554-3539 | | | | |
| 0274380 | H29X9.0-15,16PR,210MPH,MA | 15 | EA | 378.60 | 5,679.00 |
| | 0123S00151 R-00   0123S00152 R-00 | | | | |
| | 0125S00176 R-00   0126S00338 R-00 | | | | |
| | 0126S00412 R-00   0127S00402 R-00 | | | | |
| | 0127S00411 R-00   0127S00440 R-00 | | | | |
| | 0127S00451 R-00   0127S00452 R-00 | | | | |
| | 0127S00454 R-00   0127S00456 R-00 | | | | |
| | 0128S00057 R-00   0128S00064 R-00 | | | | |
| | 0132S00007 R-00 | | | | |

| PLEASE REMIT TO: | Any questions or concerns please call: | SubTotal: | 5,679.00 |
|---|---|---|---|
| MICHELIN NORTH AMERICA, INC.<br>PO BOX 409712<br>ATLANTA, GA 30384-9712 | Tel: (877) 503-8071<br>Fax: (800) 349-1785 | Invoice Total:<br>Currency:  USD | 5,679.00 |



Michelin Aircraft Tire Company,
a Division of Michelin North America, Inc.

ORIGINAL INVOICE

| Invoice Number: | 90246029 |
|---|---|
| Invoice Date: | 07/22/2010 |
| Customer Number: | 00200604 |
| Ship To Number: | 00000002 |
| Michelin Order Number: | 8138216 |
| Bill of Lading Number: | 3KCY0009592 |

| Sold To: | Ship To: |
|---|---|
| COMPANIA MEXICANA de AVIACION, S.A. DE C.V. XOLA NO. 535 - COL. DEL VALLE MEXICO, D.F. CP 03100 MEX | MEXICANA AIRLINES COMPANY MATERIALS DEPARTMENT ATTN: EDWIN QUILES LOS ANGELES CA 90045 |

| Terms | Sales Person | Rec. Affiliate | Customer PO | Customer PO Date |
|---|---|---|---|---|
| Net 45 | 4 | | 12117 | 07/22/2010 |

| Affiliate Code | From Warehouse | Ship Date | Tot. Shipping Wgt | Carrier | Transport Type | Loading Unit Type |
|---|---|---|---|---|---|---|
| 415 G | 145 | 07/22/2010 | 455 | | | |

| Item No | Description | Quantity | U/M | Unit Price | Extended Price |
|---|---|---|---|---|---|

CONTACT AT DESTINATION: EDWIN QUILES
PHONE # 310- 646-0479

** PLS AIRFREIGHT NEXT DAY, VIA FEDEX, CUST ACCT 118333136

Country of Origin: Thailand

| 0274380 | H29X9.0-15,16PR,210MPH,MA | 10 | EA | 378.60 | 3,786.00 |

0125S00144 R-00   0126S00326 R-00
0126S00343 R-00   0126S00346 R-00
0126S00371 R-00   0126S00389 R-00
0127S00389 R-00   0127S00419 R-00
0127S00449 R-00   0128S00068 R-00

| PLEASE REMIT TO: | Any questions or concerns please call: | SubTotal: | 3,786.00 |
|---|---|---|---|
| MICHELIN NORTH AMERICA, INC. PO BOX 409712 ATLANTA, GA 30384-9712 | Tel: (877) 503-8071 Fax: (800) 349-1785 | Invoice Total: Currency: USD | 3,786.00 |