UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 15 |
| | ) | |
| COMPANIA MEXICANA DE AVIACION, S.A. de C.V., | ) ) | Case No. 10-14182 (MG) |
| | ) | |
| Debtor in a Foreign Proceeding. | ) ) | |

## ORDER

Upon consideration of the Supplemental Disclosure Pursuant to 11 U.S.C. § 1518 and Request for Brief Adjournment of the Hearing for Recognition of Foreign Main Proceeding (the "**Motion**") filed by Maru E. Johansen, in her capacity as foreign representative;

IT IS HEREBY ORDERED THAT:

1. This Court has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334.

2. The hearing for recognition in this case, presently scheduled for September 8, 2010, at 11:00 a.m., shall be adjourned to a date to be determined.

3. The Court will hold a status conference in this Chapter 15 case on September 8, 2010, at 11:00 a.m.

Dated: New York, New York
      September 7, 2010

                                    /s/Martin Glenn
                                    United States Bankruptcy Judge