DUANE MORRIS LLP
1540 Broadway
New York, New York 10036-4086
(212) 692-1000
(212) 692-1020 (facsimile)
William C. Heuer, Esq.
William H. Schrag, Esq.
*wheuer@duanemorris.com*
*wschrag@duanemorris.com*

*Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| COMPANIA MEXICANA DE AVIACION, S.A. de C.V., | Case No. 10-14182 (MG) |
| Debtor in a Foreign Proceeding. | |

## SUPPLEMENTAL DISCLOSURE BY
## MARU E. JOHANSEN PURSUANT TO 11 U.S.C. § 1518

I, Maru E. Johansen, through my undersigned counsel, hereby submit this supplemental disclosure (the "Disclosure") in accordance with the requirements section 1518 of the Bankruptcy Code.[1]

1. I have been advised by Mexicana's legal team in Mexico that on Tuesday, September 7, 2010, the Mexico Court overseeing the Concurso Proceeding "published" an order in the Concurso Proceeding approving the Concurso Petition and moving Mexicana's Concurso Proceeding into the "conciliation" or reorganization phase of that case. Previously, a copy of that order, in Spanish, was filed with this Court.

---
[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Petition and in my original Declaration, filed with the Court on August 2, 2010.

2.     A translated copy of the September 7, 2010 order approving the Concurso Petition is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated:   September 30, 2010                    */s/ Maru E. Johansen*_____
         Los Angeles, California               Maru E. Johansen