DUANE MORRIS LLP
1540 Broadway
New York, New York 10036-4086
(212) 692-1000
(212) 692-1020 (facsimile)
William C. Heuer, Esq.
William H. Schrag, Esq.
*wheuer@duanemorris.com*
*wschrag@duanemorris.com*

*Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| COMPANIA MEXICANA DE AVIACION, S.A. de C.V., | Case No. 10-14182 (MG) |
| **Debtor in a Foreign Proceeding.** | |

**SUPPLEMENTAL DISCLOSURE BY**
**MARU E. JOHANSEN PURSUANT TO 11 U.S.C. § 1518**
**REGARDING CLAIMS PROCESS IN CONCURSO PROCEEDING**

I, Maru E. Johansen, through my undersigned counsel, hereby submit this supplemental disclosure and notice (the "Disclosure") in accordance with the requirements section 1518 of the Bankruptcy Code.[1]

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Petition and in my original Declaration, filed with the Court on August 2, 2010.

# WEB POSTING OF REVISED RESOLUTION

1. On December 24, 2010, a § 1518 Notice was filed in this Chapter 15 proceeding. That notice stated that the Mexican Court overseeing the Concurso Proceeding had entered a revised Resolution identifying the definitive list of accepted credits in the Concurso Proceeding (the "**Revised Resolution**"). The Revised Resolution was **published by the Mexican Court on December 23, 2010**.

2. The December 24, 2010 § 1518 notice stated that the Revised Resolution was available through the Mexican Court's website, and that it may be made available through the IFECOM website.

3. Please be advised that the Revised Resolution will also be available on-line through the Donlin Recano website, www.donlinrecano.com, beginning on December 28, 2010. There will be no charge or fee for accessing the Revised Resolution through the Donlin Recano website.

4. Information provided in all prior § 1518 notices previously filed in this Chapter 15 proceeding remain applicable with respect to the claims process in the Concurso Proceeding and with respect to the Revised Resolution. Those notices are available at the Donlin Recano website free of charge.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  December 28, 2010          */s/ Maru E. Johansen*_____
        Los Angeles, California     Maru E. Johansen